# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN TYRELLE WRIGHT

NO. 2024 KW 0139

**APRIL 19, 2024**

---

In Re:     Donovan Tyrelle Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

                              MRT
                              AHP
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT